JS-6

KAREN M. SULLIVAN, State Bar No. 223430
ksullivan@wfbm.com
SADAF A. NEJAT, State Bar No. 280973
snejat@wfbm.com
WFBM, LLP
One City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone:  (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for Defendants
RUST-OLEUM CORPORATION and
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY SOTO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RUST-OLEUM CORPORATION, an Illinois corporation; LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV 15-1891-GW(JCx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed concurrently with the Stipulation Dismissing the Entire Action with Prejudice]<br><br>Hon.     George H. Wu<br>Dept.    10<br><br>Notice of Removal: March 13, 2015<br>Trial Date: February 2, 2016 |

## **ORDER**

Having reviewed the joint Stipulation Dismissing the Entire Action with Prejudice, and good cause appearing, it is ordered that that stipulation is approved and the entire action entitled *Anthony Soto v. Rust-Oleum Corporation, et al*, Case No. 2:15-cv-01891, and each claim asserted therein, is dismissed with prejudice. The Court shall retain jurisdiction over this action to enforce, if necessary, the

1  provisions of the confidential settlement agreement, the stipulated dismissal, and the
2  Stipulation Dismissing the Entire Action with Prejudice.

4  IT IS SO ORDERED

6  DATED: September 23, 2015

*[signature: George H. Wu]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is One City Boulevard West, Fifth Floor, Orange, CA 92868-3677.

On September 23, 2015, I served true copies of the following document(s) described as **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 23, 2015, at Orange, California.

Cherri Grant

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

3307329.1
3536-3.3685

[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE